In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE, Respondent, against OCEANIC SERVICE CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued September 28, 1937; decided October 12, 1937.

*Sydney Weitzer* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.